IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAUL CALDERON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3039 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | **MEMORANDUM AND** |
| | ) | **ORDER** |
| Defendants. | ) | |
| | ) | |

This matter is before the court on Plaintiff Raul Calderon's Motion to Dismiss. (Filing No. 13.) In his Motion, Plaintiff moves the court to dismiss this action. (*Id.* at CM/ECF p. 1.) The Motion is granted.

Plaintiff also asks that the court return the accompanying grievances. (*Id.*) While not clear, it appears Plaintiff is requesting that the court return documents attached to his Complaint. Once the Clerk of court has scanned Plaintiff's documents into the CM/ECF filing system, the original documents are not retained. Therefore, the court cannot return Plaintiff's original documents. Furthermore, the statutory right to proceed in forma pauperis does not include the right to receive copies of documents without payment. 28 U.S.C. § 1915; *see also Haymes v. Smith*, 73 F.R.D. 572, 574 (W.D.N.Y. 1976) ("The generally recognized rule is that a court may not authorize the commitment of federal funds to underwrite the necessary expenditures of an indigent civil litigant's action.") (citing *Tyler v. Lark*, 472 F.2d 1077, 1078 (8th Cir. 1973). If Plaintiff requires copies of court documents, he should contact the Clerk of the court to determine the proper method of requesting and paying for copies.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Complaint and this action are dismissed without prejudice.

2. A separate judgment will be entered.

May 23, 2008.                    BY THE COURT:

                                 s/*Richard G. Kopf*
                                 United States District Judge